```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ERIC EUSEBIO-ROJAS,                                          :
                                                             :
                                                             :
                                        Plaintiff,           :
                                                             :              1:24-cv-4343-GHW
                                                             :
                        -against-                            :
                                                             :                    ORDER
                                                             :
HARPREET SINGH; *and* HSG LOGISTICS,                         :
INC.,                                                        :
                                                             :
                                        Defendants.          :
                                                             :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on June 7, 2024. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than June 21, 2024.

"A defendant or defendants desiring to remove any civil action from a State court shall file in the district court . . . a notice of removal . . . , together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." 28 U.S.C. § 1446. Defendants have not filed a copy of any "process, pleadings, and orders" with their notice of removal. Accordingly, Defendants are directed to submit the required materials, or submit a letter explaining why no such document can be filed, by June 14, 2024. Defendants are also directed to review and comply with Local Civil Rule 81.1 of the Southern District of New York, which in part provides that the notice of removal, where removal is based on diversity jurisdiction, must set forth "the date on which each party that has been served was served." LCR 81.1(5).

Finally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendants is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

SO ORDERED.

Dated: June 10, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge