USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ERIC EUSEBIO-ROJAS,                              :
                                                 :
                          Plaintiff,   :
                                                 :                 1:24-cv-4343-GHW
              -against-            :
                                                 :                       ORDER
HARPREET SINGH; *and* HSG LOGISTICS, INC., :
                                                 :
                       Defendants.  :
                                                 :
-----------------------------------------------------------------:
                                                 X

GREGORY H. WOODS, United States District Judge:

      On June 10, 2024, the Court directed Defendants to file a copy of any process, pleadings, and orders from the underlying state court proceeding required by 28 U.S.C. § 1446, or a letter explaining why no such document can be filed, by no later than June 14, 2024. Dkt. No. 4. Defendants have not submitted these required materials or a letter explaining their absence. Separately, the Court directed counsel for Plaintiff to promptly file a notice of appearance. Counsel for Plaintiff has failed to do so.

      Accordingly, the parties are directed to comply with the Court's June 10, 2024 order forthwith, and in no event later than June 27, 2024.

      SO ORDERED.

Dated: June 25, 2024
New York, New York
                                                      _____
                                                        GREGORY H. WOODS
                                                  United States District Judge