```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERIC EUSEBIO-ROJAS,                              :
                                                 :
                              Plaintiff,         :
                                                 :         1:24-cv-4343-GHW
              -against-                          :
                                                 :              ORDER
HARPREET SINGH, *et al.*,                        :
                                                 :
                              Defendants.        :
                                                 :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated June 10, 2024, Dkt. No. 5, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than August 1, 2024. The parties filed a proposed case management plan on August 1, 2024, Dkt. No. 11, but did not file a joint status letter as directed. On August 2, 2024, the Court directed the parties to comply with the Court's June 27 order forthwith and in any event no later than August 6, 2024. Dkt. No. 13.

On August 5, 2024, the Court granted the parties' request for an adjournment of the initial pretrial conference scheduled for August 8, 2024 to September 5, 2024. Dkt. No. 15. The Court directed that the parties submit a joint status letter and an updated proposed case management plan no later than August 29, 2024. *Id.*

The Court has not received the joint status letter and updated proposed case management plan. Accordingly, the parties are directed to comply with the Court's August 5, 2024 order forthwith and in any event no later than September 3, 2024.

SO ORDERED.

Dated: August 30, 2024
New York, New York
                                                    _____
                                                         GREGORY H. WOODS
                                                       United States District Judge