UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/20/2024
```

---------------------------------------------------------------X

ERIC EUSEBIO-ROJAS,                        :
                                           :
                          Plaintiff,       :
                                           :          1:24-cv-4343-GHW
              -against-                     :
                                           :              ORDER
HARPREET SINGH, *et al.*,                  :
                                           :
                          Defendants.      :
                                           :
---------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

     As stated on the record during the conference held on December 20, 2024, Plaintiff's request for leave to file a motion to remand, Dkt. No. 21, is granted. The deadline for Plaintiff to file and serve his motion to remand is January 4, 2025. Any oppositions filed by any Defendant(s) are due within fourteen days after service of Plaintiff's motion; Plaintiff's reply to each opposition, if any, is due within seven days after service of the corresponding opposition.

     SO ORDERED.

Dated:  December 20, 2024
New York, New York

                                            _____
                                         GREGORY H. WOODS
                                  United States District Judge