```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ERIC EUSEBIO-ROJAS,                             :
                                                :
                        Plaintiff,              :
                                                :           1:24-cv-4343-GHW
        -against-                               :
                                                :                ORDER
HARPREET SINGH, et al.,                         :
                                                :
                        Defendants.             :
                                                :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2025

GREGORY H. WOODS, United States District Judge:

The parties are reminded that on September 5, 2024, the Court entered a civil case management plan and scheduling order. Dkt. No. 20. Pursuant to that order, this Court will hold a status conference on October 28, 2025 at 3:00 p.m. *Id.* Also pursuant to that order, the parties are required to file a joint letter updating the Court on the status of the case on ECF by October 21, 2025. *Id.*

SO ORDERED.

Dated: October 8, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge