```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ERIC EUSEBIO-ROJAS,                                         :
                                                            :
                       Plaintiff,    :
                                                            :         1:24-cv-4343-GHW
         -against-                                         :
                                                            :              ORDER
HARPREET SINGH, *et al.*,                                   :
                                                            :
                      Defendants.   :
                                                            :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

     The Court will hold a status conference on November 25, 2025 at 4:00 p.m. The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

     SO ORDERED.

Dated: November 4, 2025
New York, New York
                                                   GREGORY H. WOODS
                                                 United States District Judge