UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eric Eusebio-Rojas,

                Plaintiff,

    -against-
Harpreet Singh, et al.,

                Defendants.

24-CV-04343 (GHW) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic settlement conference call is scheduled for **Thursday, May 21, 2026** at **11:00 AM** with plaintiff and his counsel.

Accordingly, it is hereby ORDERED that the Warden or other custodian responsible for Plaintiff's confinement at FCI Fort Dix: 5756 Hartford and Pointville RD, Joint Base MDL, NJ 08640, make Plaintiff available at 11:00 AM on May 21, 2026, at a suitable location within the Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Counsel for Plaintiff. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-3840.

Counsel for Plaintiff must: (1) send this Order to the Warden immediately; and (2) contact the FCI Fort Dix to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date. The Courtroom Deputy will email counsel the conference details so that Counsel for Plaintiff can call Chambers in.

DATED:  May 11, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge