UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eric Eusebio-Rojas,<br><br>                        Plaintiff,<br><br>          -against-<br>Harpreet Singh, et al.,<br><br>                        Defendants. | 24-CV-04343 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The telephonic settlement conference call scheduled for Thursday, **May 21, 2026** will now be held at **11:30 AM** with plaintiff and his counsel.

Accordingly, it is hereby ORDERED that the Warden or other custodian responsible for Plaintiff's confinement at FCI Fort Dix: 5756 Hartford and Pointville RD, Joint Base MDL, NJ 08640, make Plaintiff available at **11:30 AM on May 21, 2026**, at a suitable location within the Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Counsel for Plaintiff. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-3840.

Counsel for Plaintiff must: (1) send this Order to the Warden immediately; and (2) contact the FCI Fort Dix to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date. The telephone call details remain the same and have been emailed to Counsel for Plaintiff to conference Chambers into the call.

DATED:  May 13, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge